UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-60363-MIDDLEBROOKS

| | |
|---|---|
| CARUCEL INVESTMENTS, L.P., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| GOGO, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

Plaintiff Carucel Investments, L.P. ("Carucel") and Defendants Gogo, Inc.; Gogo Intermediate Holdings LLC; Gogo LLC; Gogo Business Aviation LLC, f/k/a Aircell Business Aviation Services LLC; ASG Aerospace, LLC; Banyan Air Services, Inc.; Duncan Aviation, Inc.; American Airlines, Inc.; and Delta Air Lines, Inc. (collectively, "Defendants") by and through their respective counsel, based upon their mutual agreement, consent, and approval, HEREBY STIPULATE as follows:

1. All claims asserted by Carucel against Defendants are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. All counterclaims asserted by Gogo, Inc.; Gogo Intermediate Holdings LLC; Gogo LLC; and Gogo Business Aviation LLC, f/k/a Aircell Business Aviation Services LLC against Carucel are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. All counterclaims asserted by ASG Aerospace, LLC; Banyan Air Services, Inc.; Duncan Aviation, Inc.; American Airlines, Inc.; and Delta Air Lines, Inc. against Carucel are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).

4. Each party shall bear its own costs and attorneys' fees associated with this Action.

AGREED TO AND ACCEPTED:

Date: Oct 14, 2014

By: *(signature)*
Oliver Alan Ruiz
Florida Bar Number 524786

John C. Malloy, III
Florida Bar Number 964220
Email: jc3@malloylaw.com
Oliver Alan Ruiz
Florida Bar Number 524786
Email: oruiz@malloylaw.com
Malloy & Malloy, P.L.
2800 S.W. 3rd Avenue
Miami, FL 33129
Telephone: 305.858.8000
Facsimile: 305.858.0008

Michael K. Lindsey (Pro hac vice)
James M. Sarnecky (Pro hac vice)
Gavrilovich, Dodd & Lindsey, LLP
4660 La Jolla Village Dr.
Suite 750
San Diego, CA 92122
Tel: 858.869.2201
Fax: 858.458.9986

*Attorneys for Plaintiff*

Date: Oct. 21, 2014

By: *Regan N. Kruse* for
Edward M. Mullins
Florida Bar Number 863920

Edward M. Mullins
Florida Bar Number 863920
E-mail: emullins@astidavis.com
Regan N. Kruse
Florida Bar Number 84404
Email: rkruse@astidavis.com
ASTIGARRAGA DAVIS MULLINS
& GROSSMAN, PA
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Tel. (305) 372-8282
Fax. (305) 372-8202

Thomas D. Rein (Pro hac vice)
Stephanie P. Koh (Pro hac vice)
Gwen Hochman Stewart (Pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
trein@sidley.com
skoh@sidley.com
gstewart@sidley.com

Tung T. Nguyen (Pro hac vice)
SIDLEY AUSTIN LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201
Telephone: (214) 981-3300
Fax: (214) 981-3400
tnguyen@sidley.com

*Attorneys for Defendants*