UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-60363-CV-MIDDLEBROOKS

CARUCEL INVESTMENTS, L.P.,

      Plaintiff,

v.

GOGO, INC., *et al.*,

      Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice. (DE 77). The Parties have stipulated to dismiss all claims asserted by Carucel against Defendants with prejudice. The Parties have agreed that all counterclaims asserted by Gogo, Inc, Gogo Intermediate Holdings LLC, Gogo LLC, and Gogo Business Aviation LLC, f/k/a Aircell Business Aviation Services LLC are dismissed with prejudice. Additionally, the Parties have agreed that all counterclaims asserted by ASG Aerospace, LLC, Banyan Air Services, Inc., Duncan Aviation, Inc., American Airlines, Inc., and Delta Air Lines, Inc. against Carucel are dismissed without prejudice.

The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23 day of October, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record